**UNITED JEWISH COMMUNITIES INC., trading as United Jewish Appeal, Plaintiff–Appellant,**

v.

**WACHOVIA BANK, N.A., Defendant–Appellee,**

**Branch Banking and Trust, Consol. Defendant–Appellee.**

**No. 11–14519.**

United States Court of Appeals, Eleventh Circuit.

April 6, 2012.

Craig Mitchell Frankel, Jennifer Anne Ringsmuth, Gaslowitz Frankel, LLC, Atlanta, GA, for Plaintiff–Appellant.

Nancy H. Baughan, Erin Mcgarry Moore, Trishanda L. Treadwell, Parker Hudson Rainer & Dobbs, LLP, Atlanta, GA, for Defendant–Appellee.

Before WILSON and MARTIN, Circuit Judges, and ALBRITTON,* District Judge.

PER CURIAM:

United Jewish Communities, Inc. appeals the district court's grant of summary judgment in favor of Wachovia Bank and Branch Banking and Trust Company. After reviewing the briefs, and with the benefit of oral argument, we affirm the judgment for the reasons set forth in the district court's order.

**AFFIRMED.**